[Civ. No. 3947. Third Appellate District.—December 30, 1929.]

GEORGE BOWERS, as Administrator, etc., Appellant, v. O. O. PUTNAM et al., Respondents. (Two Cases.)

Frank A. Duryea for Appellant.

A. G. King, Theodore W. Chester and Downey & Chester for Respondents.

THE COURT.— Application to take additional evidence herein is denied upon the authority of *Tupman* v. *Haberkern,* 208 Cal. 256, 280 Pac. 970.